THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LE NHU LE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　Defendant. | CASE NO. C14-0535-JCC<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, hereby finds and ORDERS as follows:

1)   The Court ADOPTS the Report and Recommendation (Dkt. No. 7);

2)   Plaintiff's civil rights complaint (Dkt. No. 5) and this action are DIMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

//
//
//
//
//
//

ORDER DISMISSING ACTION
PAGE - 1

DATED this 20th day of June 2014.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 2